IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **LAKEVIEW LOAN SERVICING, LLC,**<br>　　Plaintiff,<br><br>VS.<br><br>**MARIA SANJUANITA MUNOZ, UNITED STATES OF AMERICA, ON BEHALF OF THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, TEXAS STATE AFFORDABLE HOUSING CORPORATION,**<br>　　Defendants. | **CIVIL ACTION NO.**<br><br>**2:24-CV-00115** |

### PLAINTIFF'S ORIGINAL COMPLAINT

Lakeview Loan Servicing, LLC ("Lakeview") complains of Defendants, Maria Sanjuanita Munoz, United States of America, on Behalf of the Department of Secretary of Housing and Urban Development, and Texas State Affordable Housing Corporation, stating as follows:

#### I.   PARTIES & JURISDICTION

1. Lakeview is a limited liability company. Lakeview's main office and principal place of business are located at 4425 Ponce de Leon MS 5-251, Coral Gables, FL 33146. Thus, for diversity purposes, Lakeview is considered a citizen of Florida.

2. Defendant Maria Sanjuanita Munoz, on information and belief, is a resident of Maverick County, Texas, which is in the Western District of Texas, Del Rio Division and on information and belief, resides at 1299 Wild Wood Dr, Eagle Pass, TX 78852 and may be served at that address.

3. Defendant, United States of America, on behalf of Secretary of Housing and Urban Development ("HUD"), can be served with process at 451 Seventh Street, SW, Washington, DC

20410.

4. This Complaint against HUD is required pursuant 28 U.S.C. §2410. Defendant HUD is named herein as a defendant because it claims an interest in the real property that is at issue herein under the terms of that certain Partial Claim Deed of Trust filed in the Maverick County Real Property Records on September 05, 2023, as Instrument Number: 2324288, a copy of which is attached hereto and incorporated by reference herein as **Plaintiff's Ex. No. 6**. Plaintiff is not seeking monetary relief from this Defendant. HUD does business in Texas and may be served at its San Antonio field office located at: Hipolito Garcia Federal Building, 615 East Houston Street, Suite 347, San Antonio, TX 78205-2001.

5. Defendant Texas State Affordable Housing Corporation is named herein as a defendant because it claims an interest in the real property that is at issue herein under the terms of that certain Deed of Trust filed in the Maverick County Real Property Records on June 30, 2021, as Instrument Number: 2111085, which is attached hereto and incorporated by reference herein as **Plaintiff's Ex. No. 7**. Plaintiff is not seeking monetary relief from this Defendant. Defendant Texas State Affordable Housing Corporation may be served through its registered agent, David Long, located at 6701 Shirley Ave Austin, TX 78752, or wherever the registered agent may be found.

6. By this suit, Lakeview Loan Servicing, LLC seeks foreclosure of that certain real property located in Maverick County, Texas. The 2024 Maverick County Central Appraisal District's appraised value of the said real property is $250,267.00.

7. The amount in controversy exceeds $75,000.00, exclusive of interest, costs and attorneys' fees. Lakeview Loan Servicing, LLC, the Plaintiff herein is not a citizen of Texas. Defendants, and each of them are citizens of Texas or alternatively are not citizens of Florida, such

that complete diversity exists among Plaintiff and all Defendants. Thus, jurisdiction is founded upon 28 U.S.C. § 1332.

8. Jurisdiction also lies with this Court since the United States Government, through the Secretary of Housing and Urban Development, is a Defendant in this matter.

9. Venue is proper in the Western District of Texas, Del Rio Division under 28 U.S.C. § 1391(b) and 28 U.S.C. § 124(d)(3) because that is the district and division in which at least one Defendant resides, and because that is the district and division in which the real property that is the subject of this action is situated.

## II. BREACH OF CONTRACT

10. On June 25, 2021, Defendant Maria Sanjuanita Munoz made, executed and delivered to Town Square Mortgage and Investments LLC D/B/A Town Square Mortgage a certain Promissory Note ("Note"), in writing, whereby Defendant Maria Sanjuanita Munoz, in exchange for an extension of credit and/or funds advanced, promised to pay Town Square Mortgage and Investments LLC D/B/A Town Square Mortgage or order, $210,123.00 plus interest. A true and correct copy of the Note is attached hereto and incorporated by reference herein as **Plaintiff's Ex. No. 1**. Thereafter, Town Square Mortgage and Investments LLC D/B/A Town Square Mortgage indorsed the Note and the same was assigned to Lakeview.

11. On June 25, 2021, the Defendant Maria Sanjuanita Munoz, an unmarried woman, executed a certain Texas Deed of Trust ("Security Instrument"), to secure the Note with certain real property, to wit:

> LOT 38, BLOCK 1, EL PUEBLO NUEVO SUBDIVISION LTD, IN MAVERICK COUNTY, TEXAS, AS SHOWN ON THE PLAT OF SAID SUBDIVISION WHICH IS OF RECORD IN ENVELOPE 139, SIDE A, OF THE MAP RECORDS OF MAVERICK COUNTY, TEXAS.

Said real property having a reported mailing address of 1299 WILD WOOD DR, EAGLE

PASS, TX 78852 ("Property"). By executing the Security Instrument, Defendant Maria Sanjuanita Munoz granted a lien on and recourse to the Property for a breach thereunder. A true and correct copy of the Security Instrument is attached hereto and incorporated by reference herein as **Plaintiff's Ex. No. 2**. Lakeview is the record assignee of the Security Instrument under a certain Corporate Assignment of Deed of Trust ("Assignment"). A true and correct copy of the Assignment is attached hereto and incorporated by reference herein as **Plaintiff's Ex. No. 3**.

12. The obligation evidenced by the Note and Security Instrument is also hereinafter referred to as the "Loan."

13. The Loan was modified by virtue of a Loan Modification Agreement filed in the Maverick County Real Property Records on September 07, 2023, as Instrument Number: 2324330. A true and correct copy of the Loan Modification Agreement is attached hereto and incorporated by reference herein as **Plaintiff's Ex. No. 4**.

14. Defendant Maria Sanjuanita Munoz, to Lakeview's detriment, has failed and refused to pay amounts that have come due under the Loan, although repeated demands for payment have been made. Lakeview caused to be provided to Defendant Maria Sanjuanita Munoz, proper notices of the default described herein and its intent to accelerate the indebtedness ("Notices of Default"), true and correct copies of which are attached hereto and incorporated by reference herein as **Plaintiff's Ex. No. 5**. Each occurrence of non-performance by the Defendant Maria Sanjuanita Munoz under the Loan as herein described is a breach thereunder.

15. Defendant Maria Sanjuanita Munoz's continued breach under the Loan has directly and proximately caused damages to Lakeview in that amounts due to Lakeview remain unpaid, and in that Lakeview is incurring fees and expenses to enforce its rights under the Loan and to protect its security interest in the Property.

16. The Defendant Maria Sanjuanita Munoz has not cured the default described in the Notices of Default. Consequently, Lakeview has, and/or does hereby exercise its right under the Security Instrument to require immediate payment in full of all sums secured thereunder. Lakeview's records reflect that the unpaid principal balance due and payable under the Loan and secured under the Security Instrument, exclusive of interest, late fees, costs, advances, attorneys' fees, and attorneys' costs, was $146,907.49 with a deferred principal balance of $8,405.00 as of March 1, 2024.

17. For consideration, Defendant Maria Sanjuanita Munoz promised to repay the Loan in installments. Defendant Maria Sanjuanita Munoz breached such a promise to the detriment of Lakeview. Thus, and in accordance with Texas Rule of Civil Procedure 735, Lakeview is entitled to a judgment quantifying the amount chargeable to the Property in respect of the Loan (including, principal, pre-judgment interest, reasonable attorneys' fees and expenses, advances, costs, and post-judgment interest), and judicial foreclosure upon the lien against the Property securing such amount.

### III.   CONDITIONS PRECEDENT

18. By virtue of filing this Complaint, Lakeview hereby accelerates all sums due under the Loan and demands payment in full of the said amount.

19. All conditions precedent to the relief requested herein by Lakeview have been performed or have occurred.

### IV.   ATTORNEYS' FEES

20. The Loan provides that in the event of foreclosure, and insofar as allowed by Texas Rule of Civil Procedure 735, Lakeview may be awarded all expense incurred in pursuing remedies provided for thereunder, including reasonable attorneys' fees and costs, expenses, or advances

made necessary or advisable or sustained by Lakeview because of the default or in order to protect its security interest. Lakeview has retained Marinosci Law Group, P.C., and agreed to pay it reasonable attorneys' fees and costs incurred relative to this proceeding and to protect Lakeview's security interest in the Loan.

### **PRAYER**

WHEREFORE, Lakeview Loan Servicing, LLC prays that after service of process is completed as to all Defendants, then the Court quantify the amount chargeable to the Property in respect of the Loan (including, principal, pre-judgment interest, reasonable attorney's fees and expenses, advances, costs, and post-judgment interest) and grant foreclosure upon the lien securing such amount as remedy to Lakeview Loan Servicing, LLC for the Defendant Maria Sanjuanita Munoz breach of contract as herein alleged, deem all junior lienholders' interest in the Property inferior to the superior interest of Lakeview Loan Servicing, LLC, and for all other relief Court deems appropriate.

DATE: December 28, 2024.

Respectfully submitted,
MARINOSCI LAW GROUP, P.C.

*/s/ Sammy Hooda*
Sammy Hooda / State Bar No. 24064032
16415 Addison Road, Suite 725
Addison, Texas 75001
Phone: 401.234.9200 x 3002
Fax: 972.331.5240
Email: shooda@mlg-defaultlaw.com
**ATTORNEYS FOR PLAINTIFF**
**LAKEVIEW LOAN SERVICING, LLC**